IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLINT GREGSON,

    Petitioner,

vs.                                                              CASE NO. 5:08cv133/RS-MD

SCOTT A. MIDDLEBROOKS,
Warden,

    Respondent.
_____/

## ORDER

Before the court is the Magistrate Judge's Order and Report and Recommendation (Doc. 16).  Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus under §2241 (Doc. 1) is denied without prejudice because this court does not have jurisdiction to consider the merits of Petitioner's claim due to his failure to exhaust his administrative remedies prior to filing suit.

3. The clerk is directed to close the file.

**ORDERED** on September 10, 2008.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**